United States District Court
Southern District of Texas

**ENTERED**

July 29, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **SAMUEL ISAIAS MARTINEZ GARCIA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01329** |
| | § | |
| **WARDEN,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner Samuel Isaias Martinez Garcia's ("Petitioner") Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 3).

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Amended Habeas Petition, (Dkt. 3), and serve it on Petitioner no later than **August 5, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondents' Response on or before **August 7, 2026**.

The Clerk of Court is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Lance.Duke@usdoj.gov.

Additionally, it is further **ORDERED** that Respondents must notify the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas

**at least five (5) days beforehand** and then inform the Court **IMMEDIATELY** after any transfer

or removal occurs.

       **IT IS SO ORDERED.**

       SIGNED this July 29, 2026.

                    Diana Saldaña
                    United States District Judge